AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| DAMANI BROWN | ) Case No. 25-MJ-4085 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **DAMANI BROWN**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

There is probable cause to believe that DAMANI BROWN violated Title 18, United States Code, Sections 371 (Conspiracy), 1028A (Aggravated Identity Theft), 1029(a)(2) and (b)(2) (Access Device Fraud and Conspiracy to Commit Access Device Fraud), 1030(a)(4) and (b) (Computer Fraud and Conspiracy to Commit Computer Fraud), 1344 (Bank Fraud), and 1349 (Conspiracy to Commit Bank Fraud)

Date: June 24, 2025

*Colleen D. Holland*
Issuing officer's signature

City and state: Rochester, New York

Hon. Colleen D. Holland, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/25/25, and the person was arrested on *(date)* 6/26/25
at *(city and state)* Rochester, NY.

Date: 6/26/25

*Theresa Lloyd*
Arresting officer's signature

Theresa Lloyd   FBI
Printed name and title